UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN SANCHEZ,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>ICE FIELD OFFICE DIRECTOR ,<br><br>　　　　　　　Respondent. | CASE NO.  2:24-cv-02020-KKE-BAT<br><br>**ORDER FOR SERVICE AND ANSWER § 2241 PETITION** |

　　　　Petitioner is an immigration detainee and has filed a *pro se* 28 U.S.C. § 2241 petition for writ of habeas corpus. The ORDERS as follows:

　　　　(1)　　The Clerk shall arrange for service upon the ICE Field Office Director, and upon the civil process clerk of the United States Attorney for the Western District of Washington, of copies of the petition, of all documents in support thereof, and of this Order by registered or certified mail, return receipt requested.

　　　　(2)　　***Within 42 days after such service***, respondent shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243.  As a part of such return, respondent shall submit a memorandum of authorities in support of position and should state whether an evidentiary hearing is necessary.  Respondent shall file the return with

ORDER FOR SERVICE AND ANSWER §
2241 PETITION - 1

the Clerk of the Court and shall serve a copy upon petitioner and note the matter for the fourth Friday following service.

      (3)    The Clerk shall provide a copy of this this order to Petitioner.

DATED this 13th day of December, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER FOR SERVICE AND ANSWER §
2241 PETITION - 2